

November 11, 2024

**VIA ECF and FAX**

Hon. Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *In re: Warner Music Group Data Breach*  (Case No. 1:20-cv-07473-PGG)

Dear Judge Gardephe:

      Pursuant to Your Honor's Individual Rules of Practice in civil cases, Plaintiffs respectfully submit this letter to notify Your Honor that Defendant's motion to dismiss, which is ripe for disposition, has been pending before the Court in excess of 120 days. *See* Rule IV.H ("If a motion is not decided within 120 days of the time it is fully submitted or of argument, counsel for the movant shall submit a letter to call this fact to the Court's attention.").

      On November 22, 2021, in accordance with Your Honor's "bundling rule," Defendant Warner Music Corp. filed its motion to dismiss Plaintiffs' First Amended Consolidated Complaint and Reply in Support. ECF Nos. 75-77. Plaintiffs filed their Memorandum of Law in Opposition on the same day. ECF No. 80. At that point, Defendant's motion was fully briefed. Defendant requested oral argument on its motion (ECF No. 78); that request was denied on August 25, 2022. ECF No. 84. Defendant's motion to dismiss remains pending.

      Over the past year and a half, Plaintiffs have requested Defendant, as the movant, notify the Court of the pending motion in accordance with Your Honor's Individual Rules. Plaintiffs renewed their request recently. After meeting and conferring, Defendant advised that it does not object to Plaintiffs providing notice by this letter.

  Respectfully Submitted,

1

| | |
|---|---|
| _/s Jean S. Martin_ | _/s Gayle M. Blatt_ |
| Jean S. Martin | Gayle M. Blatt |
| MORGAN & MORGAN | CASEY GERRY SCHENK FRANCAVILLA |
| 201 N. Franklin Street, 7th Floor | BLATT & PENFIELD, LLP. |
| Tampa, Florida 33602 | 110 Laurel Street |
| (813) 559-4908 | San Diego, CA 92101 |
| jeanmartin@ForThePeople.com | (619) 238-1811 |
| | gmb@cglaw.com |

cc:   *Via ECF* All Counsel of Record in the Related Actions

2